UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT


No. **26-2402**


Obayemi v. National Board of Medical Examiners


**ORDER**


As Appellant has not filed either a motion to seal or a motion to proceed under a pseudonym, the District Court documents attached to the case opening entry will be unrestricted and Appellant's full name will be added to the case and caption. The caption will be amended to read as follows:

OLUBUNMI OBAYEMI,
    Appellant

v.

NATIONAL BOARD OF MEDICAL EXAMINERS


For the Court,

 s/ Patricia S. Dodszuweit
Clerk


Dated: August 14, 2026

kr/cc: Todd M. Mosser, Esq.
      Caroline M. Mew, Esq.